IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | **CASE NO. 1:14-MJ-00139 EPG** |
|---|---|
| Plaintiff, | **ORDER DISMISSING DEFENDANT FROM COMPLAINT** |
| v. | **(Fed.R.Crim.P 48(A))** |
| RODRIGO MOYA, | |
| Defendant. | |

The United States of America, having moved this Court to dismiss the complaint as to above-named defendant only pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, without prejudice and in the interest of justice and good cause appearing;

IT IS HEREBY ORDERED that the complaint in the above-entitled case be dismissed without prejudice in the interest of justice.

IT IS FURTHER ORDERED that the warrant be recalled and this case be closed.

IT IS SO ORDERED.

Dated: **October 10, 2018**     **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE

ORDER OF DISMISSAL, FRCrimP 48(a)     1